





*ROGERS Photos of injuries - 0005*











