





*ROGERS Photos of injuries – 0005*











