# SANTA FE POLICE DEPARTMENT

## Event Report

Event ID: **2021-443813**          Call Ref #: 566                                              Date/Time Received: 08/19/21 08:26:28

| | | |
|---|---|---|
| Rpt #: 21-0672 | Prime Unit: **6S12** CARRANZA, CHRISTIAN | Services Involved: LAW |
| Call Source: SELF | | |

Location: **3422 AVE S ST**                                                              (N)734D

X-ST: CARDIN ST / WALKER ST          Jur: CAD    Service: LAW    Agency: SFPD
                                     St/Beat:    District: SFCD    RA: SF32

Business:                                                Phone:                        GP:

Nature: **ASSIST BY LAW**            Alarm Lvl: 1    Priority: 2          Medical Priority:

Reclassified Nature:

Caller:                                                                                Alarm:
Addr:                                   Phone:                                         Alarm Type:

Vehicle #: KDL3133          St: TX        Report Only: No    Race:    Sex:    Age:

Call Taker: SCAGLEY                                  Console: SFCAD1

Geo-Verified Addr.: Yes    Nature Summary Code: L011    Disposition: RT    Close Comments:

Notes:

*See Event Notes Addendum at end of this report*

### Times

| | |
|---|---|
| Call Received: 08/19/21 08:26:28 | **Time From Call Received** |
| Call Routed: 08/19/21 08:26:29 | 000:00:01    Unit Reaction:    (1st Dispatch to 1st Arrive) |
| Call Take Finished: 08/19/21 08:26:29 | 000:00:01    En-Route:    (1st Dispatch to 1st En-Route) |
| 1st Dispatch: 08/19/21 08:26:29 | 000:00:01  (Time Held)    On-Scene: 002:25:20 (1st Arrive to Last Clear) |
| 1st En-Route: 08/19/21 08:26:29 | 000:00:01 |
| 1st Arrive: 08/19/21 08:26:29 | 000:00:01  (Reaction Time) |
| Last Clear: 08/19/21 10:51:49 | 002:25:21 |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments (may truncate in portrait) | Close Code | User |
|---|---|---|---|---|---|---|---|
| 6S12 | 404737 | DXY | DispatchXY | 08/19/21 08:26:29 | 3208481.05,13711102.50 | | SCAGLEY |
| 6S12 | 404737 | D | Dispatched | 08/19/21 08:26:29 | Stat/Beat: SFB3 | | SCAGLEY |
| 6S12 | 404737 | E | En-Route | 08/19/21 08:26:29 | Stat/Beat: SFB3 | | SCAGLEY |
| 6S12 | 404737 | A | Arrived | 08/19/21 08:26:29 | Stat/Beat: SFB3 | | SCAGLEY |
| 6S08 | 382721 | DXY | DispatchXY | 08/19/21 08:28:17 | 3203256.04,13705532.95 | | SCAGLEY |
| 6S08 | 382721 | D | Dispatched | 08/19/21 08:28:17 | Stat/Beat: SFRV | | SCAGLEY |
| 6S08 | 382721 | E | En-Route | 08/19/21 08:28:17 | Stat/Beat: SFRV | | SCAGLEY |
| 6S08 | 382721 | A | Arrived | 08/19/21 08:30:17 | | Unit:6S08 | |
| 6S19 | 410989 | DXY | DispatchXY | 08/19/21 08:31:39 | 3208535.05,13710899.96 | | SCAGLEY |
| 6S19 | 410989 | D | Dispatched | 08/19/21 08:31:39 | Stat/Beat: SFRV | | SCAGLEY |

Report Generated: 01/27/2022 13:32:25 | User ID: LSCOFIELD          Note: Comments may truncate in portrait. Use landscape to avoid truncation.

\\GRID-CAD\OSSICAD\CAD\rpt\EventHistory_Event_Portrait                                            Page 1 of 3

CITY 000009

**Exhibit 2**

| Event ID: 2021-443813 | | | Call Ref #: 566 | **ASSIST BY LAW at 3422 AVE S ST** | | | |
|---|---|---|---|---|---|---|---|
| 6S19 | 410989 | E | En-Route | 08/19/21 08:31:39 | Stat/Beat: SFRV | | SCAGLEY |
| 6S19 | 410989 | A | Arrived | 08/19/21 08:31:39 | Stat/Beat: SFRV | | SCAGLEY |
| 6S19 | 410989 | T | Transport | 08/19/21 08:36:32 | To: SANTA FE POLICE DEPARTMENT/ | | SCAGLEY |
| 6S08 | 382721 | T | Transport | 08/19/21 08:40:43 | To: SANTA FE POLICE DEPARTMENT | | SCAGLEY |
| 6S08 | 382721 | A | Arrived | 08/19/21 08:40:45 | | | SCAGLEY |
| 6S12 | 404737 | ENT | Entered Related Name | 08/19/21 08:45:59 | [LastName:] ESPINOZA [OLN:] 120544 | | CCARRANZ |
| 6S12 | 404737 | ENT | Entered Related Vehicl | 08/19/21 08:46:21 | 1) [Vin:] 1FM5K8AR6HGB93880 [licpl_n | | CCARRANZ |
| 6S12 | 404737 | ... | Entered Related Vehicl | 08/19/21 08:46:21 | 2) [state:] TX | | CCARRANZ |
| 6S12 | 404737 | WO | {6S12} WRECKER OU | 08/19/21 08:51:22 | | | SCAGLEY |
| 6S12 | 404737 | C | Cleared | 08/19/21 09:12:54 | | RT | CCARRANZ |
| 6S19 | 410989 | A | Arrived | 08/19/21 09:35:48 | | | SCAGLEY |
| 6S19 | 410989 | C | Cleared | 08/19/21 09:58:12 | | BU | SCAGLEY |
| 6S08 | 382721 | C | Cleared | 08/19/21 10:51:49 | | BU | SCAGLEY |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments (may truncate in portrait) | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 08/19/21 08:26:28 | By: SELF | | SCAGLEY |
| | | FIN | Finished Call Taking | 08/19/21 08:26:29 | | | SCAGLEY |
| | | DET | DETAINED | 08/19/21 08:26:32 | | | SCAGLEY |
| | | ARM | Added Remarks | 08/19/21 08:26:32 | | | SCAGLEY |
| | | VEV | Viewed Event | 08/19/21 08:26:36 | User First Viewed Event CAD | | BRITTANY.S |
| | | ARM | Added Remarks | 08/19/21 08:26:57 | | | SCAGLEY |
| | | ARM | Added Remarks | 08/19/21 08:27:08 | | | SCAGLEY |
| | | ARM | Added Remarks | 08/19/21 08:27:49 | | | SCAGLEY |
| | | ARM | Added Remarks | 08/19/21 08:28:41 | | | SCAGLEY |
| | | ENT | Entered VehicleID | 08/19/21 08:29:18 | [ID: 3209302] KDL3133 | | SCAGLEY |
| | | ENT | Entered VehicleState | 08/19/21 08:29:18 | [ID: 3209302] TX | | SCAGLEY |
| | | ENT | Entered LicenseType | 08/19/21 08:29:18 | [ID: 3209302] PC | | SCAGLEY |
| 6S12 | 404737 | ENT | Added Related Vehicle | 08/19/21 08:29:18 | UNIT:6S12 TAG: KDL3133,TX,2022 | | SCAGLEY |
| | | VHQ | Vehicle Query | 08/19/21 08:29:19 | Tag:KDL3133 State: TX Type: PC | | SCAGLEY |
| 6S12 | 404737 | NCI | QRY: | 08/19/21 08:29:19 | 1) UNIT:6S12 Control=6S12, State=TX, | | SCAGLEY |
| 6S12 | 404737 | ... | QRY:... | 08/19/21 08:29:19 | 2) Tag=KDL3133, | | SCAGLEY |
| | | ARM | Added Remarks | 08/19/21 08:32:46 | | | SCAGLEY |
| | | ARM | Added Remarks | 08/19/21 08:34:54 | | | SCAGLEY |
| | | RPT | Requested Report# | 08/19/21 08:36:02 | SFPD Report #21-0672 | | SCAGLEY |
| 6S12 | 404737 | CHG | Changed Related Veh I | 08/19/21 08:36:11 | 1) VIN: -->1GKDS13S152203039, Make: | | CCARRANZ |
| 6S12 | 404737 | ... | Changed Related Veh I | 08/19/21 08:36:11 | 2) VehYear: 0-->2005, Color1: -->BLK, V | | CCARRANZ |
| 6S12 | 404737 | ... | Changed Related Veh I | 08/19/21 08:36:11 | 3) -->LL | | CCARRANZ |
| | | ARM | Added Remarks | 08/19/21 08:36:32 | | | SCAGLEY |
| | | WR | Wrecker Rotation | 08/19/21 08:36:38 | PEANUTS TOWING for vehicle #KDL31 | | SCAGLEY |
| | | ARM | Added Remarks | 08/19/21 08:37:32 | | | SCAGLEY |
| | | ARM | Added Remarks | 08/19/21 08:37:54 | | | SCAGLEY |
| | | ARM | Added Remarks | 08/19/21 08:40:17 | | | SCAGLEY |
| | | ARM | Added Remarks | 08/19/21 08:41:05 | | | SCAGLEY |
| | | ARM | Added Remarks | 08/19/21 08:41:14 | | | SCAGLEY |
| | | ARM | Added Remarks | 08/19/21 08:42:42 | | | SCAGLEY |
| 6S12 | 404737 | CHG | Changed Related Name | 08/19/21 08:46:01 | 1) DOB: 10/30/1966 12:00:00 AM-->10/3 | | CCARRANZ |

| Event ID: 2021-443813 | Call Ref #: 566 | **ASSIST BY LAW at 3422 AVE S ST** |
|---|---|---|

| 6S12 | 404737 ... | Changed Related Name | 08/19/21 08:46:01 | 2) Weight: 245-->245 | CCARRANZ |
| | | ARM Added Remarks | 08/19/21 08:51:22 | | SCAGLEY |
| | | ARM Added Remarks | 08/19/21 09:08:59 | | SCAGLEY |
| | | ARM Added Remarks | 08/19/21 09:11:50 | | SCAGLEY |
| | | ARM Added Remarks | 08/19/21 09:12:56 | | SCAGLEY |
| | | ARM Added Remarks | 08/19/21 14:18:14 | | SCAGLEY |

### Related Names

| Last, First, MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home / Mobile Ph | Work Ph |
|---|---|---|---|---|---|---|---|---|---|---|
| Espinoza, Ruben | | | M | 509 | 245 | | ▮▮ | 54 | | |

Address: ▮▮▮▮▮▮▮▮▮▮
Oln: ▮▮▮▮▮       Oln St: TX
Notes:

### Related Vehicles

| Lic Tag | State | Type | Year | Make | Make Desc | Model | Color1 / Color2 | Vin |
|---|---|---|---|---|---|---|---|---|
| KDL3133 | TX | PC | 2005 | GMC | GENERAL MOTO | | BLK | 1GKDS13S152203039 |

Notes:

| 1343614 | TX | | 2017 | FORD | FORD | | WHI | 1FM5K8AR6HGB93880 |

Notes:

### Event Notes Addendum

Notes    Santa Fe ISD Police case # 21000085

charged with evading  [08/19/21 14:18:14 SCAGLEY]
BAYOU ANIMAL SERVICES HAS 95X1 DOG  [08/19/21 09:12:56 SCAGLEY]
BAYOU ANIMAL SERV IS OUT  [08/19/21 09:11:50 SCAGLEY]
{6S12} WRECKER MADE PU - STANDING BY FOR BAYOU ANIMAL SERVICES  [08/19/21 09:08:59 SCAGLEY]
UDTS: {6S12} WRECKER OUT  [08/19/21 08:51:22 SCAGLEY]
UNIT 1 KDL3133 -  UNIT2 1343614  [08/19/21 08:42:42 SCAGLEY]
BAYOU ANIMAL SERVICES NOTIFIED ENROUTE  [08/19/21 08:41:14 SCAGLEY]
{6S19} ENDING MILEAGE 56745  [08/19/21 08:41:05 SCAGLEY]
BAYOU ANIMAL SERVICES  [08/19/21 08:40:17 SCAGLEY]
{6S19} BEGIN MILEAGE 56744  [08/19/21 08:37:54 SCAGLEY]
NEXT OUT - PEANUTS ENROUTE  [08/19/21 08:37:32 SCAGLEY]
{6S19-TRANSPORT} {6S19} 95X1 WF  [08/19/21 08:36:32 SCAGLEY]
33849338
        NAME: ROGERS, TAYLOR, ROSE
DESCRIPTION: WHITE\FEMALE\09141990\5-07\135\BROWN\BROWN  [08/19/21 08:34:54 SCAGLEY]
{6S19} DETAINED IN BACK OF MY UNIT  [08/19/21 08:32:46 SCAGLEY]
{6S12} LP KDL3133  [08/19/21 08:28:41 SCAGLEY]
{6S12} SHE IS STILL FIGHTING  [08/19/21 08:27:49 SCAGLEY]
SCENE SECURE  [08/19/21 08:27:08 SCAGLEY]
ISD POLICE HAD TROUBLE WITH A PARENT THAT WAS EVADING THE SCHOOL OFFICERS  [08/19/21 08:26:57 SCAGLEY]
UDTS: DETAINED  [08/19/21 08:26:32 SCAGLEY]

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TAYLOR ROSE ROGERS<br>*Plaintiff,*<br><br>v.<br><br>CITY OF SANTA FE, *et al,*<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:24-cv-00038<br>JURY TRIAL REQUESTED |

## GOVERNMENTAL RECORDS DECLARATION

STATE OF TEXAS
GALVESTON COUNTY

My name is Leigh Scofield, and I am employed by the City of Santa Fe, Texas, police department, which is a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury in accordance with the laws of the United States of America and the State of Texas that the following statements are true and correct. I am a custodian of records of the Santa Fe police department, and I am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities.

Attached hereto identified as *Exhibit 2*, is a Santa Fe police department event report which is a governmental record of the Santa Fe police department. This record was made at or near the time of each act or event the record depicts. It is the regular practice of the Santa Fe police department for this type of record to be made by or from information transmitted by a person with knowledge of the matters set forth in the record. It is the regular practice of the Santa Fe police department to make and maintain such a record in the course of regularly conducted governmental activity.

Executed in Galveston County, Texas, on the 23 day of December 2024.

_____
Leigh Scofield

150336295.1