# Exhibit 6

[USB delivery via FedEx]

| Name | Date modified | Type | Size |
|---|---|---|---|
| Rogers - Event [Espinoza BWC].mp4 | 12/23/2024 12:43 PM | MP4 File | 813,321 KB |
| Rogers - Event [Moore BWC].mp4 | 12/23/2024 1:05 PM | MP4 File | 920,631 KB |
| Rogers - Initial Interaction [Espinoza BW... | 12/23/2024 12:21 PM | MP4 File | 88,803 KB |
| Rogers - Witness Statement [Espinoza B... | 12/23/2024 12:51 PM | MP4 File | 99,686 KB |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TAYLOR ROSE ROGERS<br>*Plaintiff,*<br><br>v.<br><br>CITY OF SANTA FE, *et al,*<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:24-cv-00038<br>JURY TRIAL REQUESTED |

## GOVERNMENTAL RECORDS DECLARATION

STATE OF TEXAS
GALVESTON COUNTY

My name is Ruben Espinoza, and I am employed by the Santa Fe Independent School District Police Department, which is a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury in accordance with the laws of the United States of America and the State of Texas that the following statements are true and correct. I am a custodian of records of the Santa Fe Independent School District Police Department, and I am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities.

Attached hereto identified as *Exhibit 6,* are audio video recordings, which are governmental records of the Santa Fe Independent School District Police Department. These records were made at or near the time of each act or event the records depict. It is the regular practice of the Santa Fe Independent School District Police Department for this type of record to be made by or from information transmitted by a person with knowledge of the matters set forth in the record. It is the regular practice of the Santa Fe Independent School District Police Department to make and maintain such a record in the course of regularly conducted governmental activity.

Executed in Galveston County, Texas, on the <u>26th</u> day of December 2024.

_____
Ruben Espinoza

150336399.1