IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TAYLOR ROSE ROGERS<br>*Plaintiff,* | § § § § | Civil Action No. 3:24-cv-00038<br>JURY TRIAL REQUESTED |
| v. | § § | |
| CITY OF SANTA FE, *et al,*<br>*Defendants.* | § § § | |

DECLARATION VERIFYING SUMMARY JUDGMENT EVIDENCE

My name is Norman Ray Giles. I am over the age of twenty-one years, I have not been convicted of a felony or crime involving moral turpitude, and I am in all ways qualified and competent to make the statements contained within this declaration. The statements contained herein are true and correct and I am authorized to make them. The statements contained within this declaration are based upon my own personal knowledge because they relate to matters in which I personally participated or which I personally observed. I verify that the exhibits attached in support of Defendant Carranza's motion for summary judgment are authentic, true and correct copies of the documents they purport to be.

On this 26th day of December 2024, I declare under penalty of perjury under the laws of the United States of America that my forgoing statements are true and correct.

*/s/ Norman Ray Giles*
Norman Ray Giles

150333943.1     Exhibit 7 – Verification of summary judgment evidence