# United States District Court Southern District of Texas

## Case Number: 3:24-cv-00038

## ATTACHMENT

Description:

☐ State Court Record      ☐ State Court Record Continued

☐ Administrative Record

☐ Document continued - Part _____ of _____

☐ Exhibit _____

☒ Other:  (1) USB containing exhibits 1-A and 1-B to defendant Ruben Espinoza's MSJ, filed as Doc #54 on 12/26/24.