IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **TAYLOR ROSE ROGERS,** | )( | Civil Action No: 3:24-cv-38 |
| | )( | **(Jury Trial)** |
| *Plaintiff,* | )( | |
| | )( | |
| V. | )( | |
| | )( | |
| **CITY OF SANTE FE, TEXAS;** *et al.,* | )( | |
| | )( | |
| *Defendants.* | )( | |

## PLAINTIFF'S EXPERT DESIGNATION

NOW COMES PLAINTIFF and designates experts (previously disclosed) as follows:

Randall Kallinen, attorney
Kallinen Law PLLC
511 Broadway Street
Houston, Texas 77012
Telephone:   713/320-3785
Mr. Kallinen is an attorney for plaintiff and will give his expert opinion, and fact statements, on reasonable and necessary attorney's fees and expenses.  Mr. Kallinen will testify that $600.00 per hour is a minimum reasonable hourly rate for this litigation based on the *Lodestar* factors. Mr. Kallinen will testify that $400.00 per hour is a minimum reasonable hourly rate for attorney Alexander C. Johnson in this litigation based on the *Lodestar* factors. As litigation is ongoing Mr. Kallinen will provide the necessary information to opposing counsel by fee petition and declaration after prevailing plaintiff status has been determined including the hours worked, documents regarding fees sought, and out of pocket expenses. As additional information is support of Kallinen's expert testimony Kallinen:
--was licensed by the State of Texas in 1994 and practices mainly in Harris County, Texas, and other locales in Texas.
--is a member of the U.S. Southern, Northern, Western, and Eastern Districts of Texas, U.S. Court of Appeals for the 5th and 11th Circuits, and the U.S. Supreme Court
--received a bachelor of science degree in chemistry from the University of Minnesota Institute of Technology in 1987 and graduated from the University of

1

Houston Law Center in 1993 with a Juris Doctorate.

--civil rights practice started in 1994. Civil rights legal work makes up around 90% of Kallinen's present law practice.

--litigated in approximately two hundred (200) federal district court civil rights cases, the majority as lead counsel. The majority of these cases are police misconduct usually involving excessive force, such as the case at bar, and false arrest.

--briefed or assisted briefing in approximately ninety (90) federal appellate civil rights appellate cases.

--filed, and won, one state court appeal overturning summary judgment.

--filed seven (7) petitions for writ of certiorari in civil rights cases and defended one (1) petition for writ of certiorari in employment law with the U.S. Supreme Court.

--as a plaintiff won a Texas State Supreme Court case under the Texas Public Information Act.

--has given *pro bono* advice to at least 500 attorneys who were litigating or were considering litigating 42 U.S.C. Section 1983 cases

--litigated at least 150 criminal cases criminal cases before state courts. These criminal cases are very important for civil rights cases as they involve probable cause and reasonable suspicion and other issues important in police misconduct cases.

--was president of, and previously legal director, of the Houston Chapter of the ACLU of Texas, and have served as an advisor on civil-rights issues to the Criminal Justice Institute, University of Houston Law Center. Kallinen was the president and founder of the American Rights Association, a Texas nonprofit corporation concerned with civil rights and civil liberties litigation and education from 2004-2007. Kallinen served for ten (10) years as a board member of the Harris County Criminal Lawyers Association and have served on the Civil Rights Committee of the Texas Criminal Defense Lawyers Association. Kallinen has been a member of the National Lawyers Guild's National Police Accountability Project for approximately 17 years. Kallinen has been a member of the Greater Houston Coalition For Justice for around fourteen years and in its predecessor group for at least 5 years before that.  In all of these positions Kallinen is involved in civil rights, civil liberties, and federal 42 U.S.C. § 1983 law. Kallinen often write letters to, or appear in front of, various local governments after research reveals that their conduct violates the Bill of Rights. Kallinen has settled cases before trial or before filing suit on civil-rights issues against local governments.

--has reviewed thousands of cases of alleged 42 U.S.C. § 1983 violations in his private practice and as a past board member, legal-panel chair, and past president of the Houston Chapter of the ACLU of Texas for 6 years, he has reviewed hundreds of cases involving 42 U.S.C. § 1983.

Alexander C. Johnson, attorney
Kallinen Law PLLC
511 Broadway Street
Houston, Texas 77012
Telephone:   713/320-3785
Mr. Johnson is an attorney for plaintiff and will give his expert opinion, and fact statements, on reasonable and necessary attorney's fees and expenses.  Mr. Kallinen and Mr. Johnson will testify that $400.00 per hour is a minimum reasonable hourly rate for this litigation based on the *Lodestar* factors. As litigation is ongoing Mr. Johnson will provide the necessary information to opposing counsel by fee petition and declaration after prevailing plaintiff status has been determined including the hours worked, documents regarding fees sought, and out of pocket expenses.

Keith Howse
99 Trophy Club Drive
Trophy Club, Texas 76262
Telephone:   817/988-8443
Mr. Howse is a police practices expert on police excessive force and other police matters. Mr. Howse's report, CV, prior cases, prior testimony, and a report as required by Rule 26 were previously provided by an expert report and a subsequent amended report after more records are received and depositions taken.

Anh Dinh, MD
Chad T. Porter, MD radiologist
Employees, contractors, medical care providers, and Custodians of Records at Townsen Memorial Imaging
3003 South Loop West, Suite 140
Houston, Texas 77054
Phone: 346/250-1010
Treating physicians will give their opinion on Plaintiffs treatment, injuries, causation, necessary treatment and billing based upon their treatment and examination due the incident and from the medical records produced.

Medical care providers, staff, and custodian of records at
HCA Houston Mainland
Alhassan Abdul-Aziz, MD, treating doctor
DeShauris Bradford, MD, treating doctor
Rita LeCompte, custodian of records
6801 Emmett F. Lowrey Expressway
Texas City, Texas 77591-2500
409/938-5000

Has knowledge of treatment, diagnosis, and condition of Plaintiff and as set forth in medical records produced.

Medical care providers, staff, and custodian of records at
Elevate HC Texas
1801 N. Loop W., Suite 10
Houston, TX 77008
713/862-4963
Has knowledge of bills, treatment, diagnosis, and condition of Plaintiff and as set forth in the medical records produced.

Medical care providers, staff, and custodian of records at
Minivasive Pain and Orthopedic
2656 S. Loop W. Suite 595
Houston, TX 77054
346/800-6001
Has knowledge of bills, treatment, diagnosis, and condition of Plaintiff and as set forth in the medical records produced.

Furthermore, Plaintiff may designate any of the experts that Defendants designate. Plaintiff reserves the right to call un-designated rebuttal expert witnesses whose testimony cannot be foreseen until the time of trial in this matter. Plaintiff further reserves the right to call any and all experts designated by other parties who, at the time of trial have been undesignated, or who have been designated by parties that are no longer part of the lawsuit at the time of trial. Plaintiff also reserves the right to supplement their expert designation as the need arises in the future. Plaintiff and defendants may identify fact and expert witnesses in their respective discovery responses and in Plaintiff's response to any motion for summary judgment and Plaintiff sets forth such information as if set forth in this expert designation. Plaintiff sets forth that this expert designation also supplements its disclosures and any interrogatory response or request for production to which it may be responsive including as to those with knowledge of facts.

        Respectfully Submitted,

        */s/ Randall L. Kallinen*
        Randall L. Kallinen
        Kallinen Law PLC
        State Bar of Texas No. 00790995
        U.S. So. Dist. of Texas Bar No. 19417
        511 Broadway Street
        Houston, Texas 77012

        Telephone:   713/320-3785
        FAX:          713/893-6737
        E-mail:      AttorneyKallinen@aol.com

Alexander C. Johnson
State Bar of Texas No. 24123583
U.S. So. Dist. of Texas Bar No. 3679181
511 Broadway Street
Houston, Texas 77012
Telephone:   573/340-3316
FAX:         713/893-6737
Email:       alex@acj.legal

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served all counsel of record and pro se parties, if any, a copy of the foregoing by electronic transmission (email) on November 3, 2024.

                                              */s/ Randall L. Kallinen*
                                              Randall L. Kallinen