United States District Court
Southern District of Texas
**ENTERED**
June 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TAYLOR ROSE ROGERS | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:24-cv-38 |
| CITY OF SANTA FE, *et al.*, | § § § | |
| Defendants. | § | |

# **ORDER**

The court stayed the DCO pending resolution of the defendants' pending motions for summary judgment. Dkts. 54, 55, 68. The court has ruled on that motion. Dkt. 70.

Accordingly, the parties are hereby ordered to submit within 10 days of this order an agreed DCO with deadlines for (1) the parties to submit pretrial materials and (2) the docket call.

Signed at the city of El Paso this 4th day of June, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE