IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TAYLOR ROSE ROGERS, § | |
| § | |
| Plaintiff, § | |
| v.  § | CIVIL ACTION NO. 3:24-cv-00038 |
| § | |
| CITY OF SANTA FE, *et al.*, § | |
| § | |
| Defendants. § | |

DEFENDANT CARRANZA'S NOTICE OF INTERLOCUTORY APPEAL

Defendant City of Santa Fe, Texas, police officer Christian Carranza appeals, under the collateral order doctrine, to the United States Court of Appeals for the Fifth Circuit the District Court's Order signed and entered on June 4, 2025, identified as docket number 70, that denied qualified immunity to Defendant police officer Carranza. Officer Carranza will be an Appellant in the appeal.

Respectfully submitted,

/s/ *Norman Ray Giles*
William S. Helfand
Attorney-in-Charge
SBOT: 09388250
Norman Ray Giles
SBOT: 24014084

OF COUNSEL:

LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767
(713) 759-6830 (Fax)
bill.helfand@lewisbrisbois.com
Norman.Giles@lewisbrisbois.com
*Attorneys for Defendant*
*Officer Christian Carranza*

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been forwarded to the following counsel of record in accordance with the District's ECF service rules on June 18, 2025.

Randall L. Kallinen
KALLINEN LAW PLLC
State Bar of Texas No. 00790995
U.S. So. Dist. of Texas Bar No. 19417
511 Broadway Street
Houston, Texas 77012

*Attorney for Plaintiff*

C. Cory Rush
Elizabeth M. Rice
Spalding Nichols Lamp Langlois
crush@snll-law.com
lrice@snll-law.com

*Attorneys for Defendant*
*Ruben Espinoza*

/s/ *Norman Ray Giles*
Norman Ray Giles