# United States District Court Southern District of Texas

## Case Number: 3:24-cv-00038

## ATTACHMENT

Description:

☐ State Court Record          ☐ State Court Record Continued

☐ Administrative Record

☐ Document continued - Part _____ of _____

☒ Exhibit _____USB drive containing the media titled Exhibit 6_____

☐ Other: _____to Defendant Carranza's 12/26/2024 MSJ._____

_____USB kept in brown folder in Clerk's Office_____



Audrey Bridges
Paralegal
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Audrey.Bridges@lewisbrisbois.com
Direct: 346.241.4968

December 26, 2024

United States Courts
Southern District of Texas
F I L E D

DEC 27 2024

Nathan Ochsner, Clerk of Court

**Via FedEx Delivery**

Nathan Oschner
Clerk of Court
601 Rosenberg Street, Room 411
Galveston, Texas 77550
FedEx Tracking No. 283661078590

George Cardenas
Case Manager to Judge Jeffrey V. Brown
601 Rosenberg Street, Room 613
Galveston, Texas 77550
FedEx Tracking No. 283661327211

Re: Exhibit 6 to Defendant Carranza's motion for summary judgment in Civil Action No. 3:24-cv-00038; *Taylor Rose Rogers v. City of Santa Fe, et al.* in the United States District Court, Southern District of Texas, Galveston Division

Dear Court & Counsel:

Please find enclosed the USB drive containing the media titled Exhibit 6 to Defendant Carranza's December 26, 2024 motion for summary judgment.

Please let us know if you have any questions or concerns.

Very truly yours,

Audrey Bridges
Paralegal
LEWIS BRISBOIS BISGAARD & SMITH LLP

Enclosed USB
AB

USB Copy to:

Randall L. Kallinen
Kallinen Law PLLC
511 Broadway St
Houston, Texas 77012
FedEx Tracking No. 283711344793

C. Cory Rush
Spaulding Nichols Lamp Langlois
3700 Buffalo Speedway, Suite 500
Houston, Texas 77098
FedEx Tracking No. 283660798870